UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUAN FIGUEROA**<br>          Plaintiff, | CIVIL ACTION |
| **VERSUS** | CASE NO. 2:15-cv-00435-SSV-DEK |
| | JUDGE: SARAH S. VANCE |
| **CAMBIAS INSURANCE AGENCY, LLC,** and **ROBERT J. CAMBIAS, V.**<br>          Defendants. | MAGISTRATE: DANIEL E. KNOWLES |

## JOINT MOTION TO DISMISS

Plaintiff, Juan Figueroa, and Defendants Cambias Insurance Agency, LLC and Robert J. Cambias, V, file this joint motion to dismiss all claims in the above captioned lawsuit with prejudice and with each party to bear their own costs and attorney's fees.

WHEREFORE, Plaintiff and Defendants pray that this joint motion be granted so that all claims are dismissed, with prejudice, and with each party to bear their own costs and attorney's fees.

Respectfully submitted:

| | |
|---|---|
| */s/ Christopher L. Williams* | */s/ Javier Jalice* |
| Christopher L. Williams, (La. #32269) | Ernest R. Malone, Jr., (La. #09066) |
| **WILLIAMS LITIGATION, L.L.C.** | Javier Jalice, (La. #35181) |
| 1055 St. Charles Ave., Suite 300 | **THE KULLMAN FIRM** |
| New Orleans, Louisiana 70130 | 1100 Poydras Street, Suite 1600 |
| Telephone: (504) 308-1438 | New Orleans, Louisiana 70160 |
| Email: Chris@williamslitigation.com | Telephone: (504) 596-4125 |
| *Counsel for Plaintiff, Juan Figueroa* | Facsimile: (504) 596-4189 |
| | Email: ERM@kullmanlaw.com |
| | Email: JJ@kullmanlaw.com |
| | *Counsel for Defendants,*<br>*Cambias Insurance Agency, LLC,*<br>*And Robert J. Cambias, V.* |

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of June, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Christopher L. Williams, Esq.
>1055 St. Charles Ave., Suite 300
>New Orleans, LA 70130
>Email: chris@williamslitigation.com

>*/s/ Javier Jalice*