UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUAN FIGUEROA**<br>            **Plaintiff,**<br><br>**VERSUS**<br><br>**CAMBIAS INSURANCE AGENCY, LLC,** and **ROBERT J. CAMBIAS, V.**<br>            **Defendants.** | **CIVIL ACTION**<br><br>**CASE NO. 2:15-cv-00435-SSV-DEK**<br><br>**JUDGE: SARAH S. VANCE**<br><br>**MAGISTRATE: DANIEL E. KNOWLES** |

**O R D E R**

Considering the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiff's claims in the above captioned civil action be and are hereby dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

New Orleans, Louisiana, this __2nd__ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE